# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO



United States of America

v.                                              CIVIL CASE:   96-2404 (JAF)

Romualdo Castro Garcia, et al.

### DESCRIPTION OF MOTION

| Date: 2/15/02 | Docket #: 17 | MOTION by USA |to Stay sale| |
|---|---|---|
| By: Plaintiff | | |

### O-R-D-E-R

☑ GRANTED

☐ DENIED

☐ NOTED

☐ MOOT

OTHER:

_____                    _____
2/20/2002                                         Jose A. Fuste
Date                                              United States District Judge

