# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO



United States of America

v.

Romualdo Castro Garcia, et al.

CIVIL CASE:  96-2404 (JAF)

RECEIVED & FILED 03 SEP -4 AM 8:19  CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN, P.R.

## DESCRIPTION OF MOTION

| Date: 8/29/03 | Docket #: 21 | MOTION by USA |to request administrative closing| |
|---|---|---|
| By: Plaintiff | | |

### O-R-D-E-R

[X] GRANTED

[ ] DENIED

[ ] NOTED

[ ] MOOT

OTHER: _____

9/3/2003
Date

Josè A. Fuste
United States District Judge

22