UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>(Rural Development)<br>    Plaintiff<br><br>           v.<br><br>ROMUALDO CASTRO GARCIA, CRUZ MARIA<br>NIEVES DEL RIO, and the conjugal<br>partnership constituted by both<br>    Defendants | CIVIL NO. 96-2404(JAF)<br><br>FORECLOSURE OF MORTGAGE |

<u>U.S.A.'s MOTION REQUESTING CONTINUATION OF FORECLOSURE</u>

TO THE HONORABLE COURT:

COMES NOW the United States of America, through its undersigned attorneys, and most respectfully notifies this Honorable Court as follows:

1. On January 27, 1997, co-defendant Cruz Nieves del Rio signed a Stipulation for Consent Judgment.

2. We have been informed by the agency (Rural Development), that borrower did not complied with said Stipulation.

3. In view of the above the United States of America wishes to continue with foreclosure proceedings in this case, and a Writ of Execution of Judgment is attached.

WHEREFORE, the United States of America, respectfully prays this Honorable Court to aalow plaintiff's with the continuation of the foreclosure proceedings in this case and issue a new Writ of Execution of Judgment.

United States v. Romualdo Castro Garcia, et al.
Civil No. 96-2404(JAF)
Page 2

I hereby certify that on 28th, day of January, 2005 I electronically filed the foregoing with the Court using the CM/ECF system, and I hereby certify that i have mailed by United States Postal Service the documents to the following non CM/ECF participants: Cruz M. Nieves del Rio, Urb. San Ramón, Calle Eleuterio Rodriguez 317, Sector Clan, Hatillo, Puerto Rico 00659.

At San Juan, Puerto Rico, this 28th day of January, 2005.

                H.S. GARCIA
                United States Attorney

                s/AGNES I. CORDERO
                AGNES I. CORDERO, 126101
                Assistant U. S. Attorney
                Torre Chardon, Suite 1201
                San Juan, Puerto Rico 00918
                Tel. (787) 766-5656
                Fax. (787) 766-6219
                Agnes.Cordero@usdoj.gov