UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>(Rural Development)<br>Plaintiff<br><br>v.<br><br>ROMUALDO CASTRO GARCIA, CRUZ MARIA<br>NIVES DEL RIO and the conjugal<br>partnership constituted by both<br>Defendants | CIVIL NO. 96-2404(JAF)<br><br>FORECLOSURE OF MORTGAGE |

**NEW WRIT OF EXECUTION OF JUDGMENT**

TO THE MARSHAL OF THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

GREETINGS:

WHEREAS, the Honorable __José Antonio Fusté__, United

States District Judge, has issued an order in this case dated

__November 13, 2001__ which copied literally, reads as follows:

ORDER FOR EXECUTION OF JUDGMENT

Upon motion filed by plaintiff herein, and it appearing from
the records of this Court in the above mentioned case that the
defendant referred to in the judgment entered by this Court was
duly summoned and said defendant has failed to pay to the plaintiff
the sums of money adjudged to be paid under said judgment:

And it appearing further that more than ten (10) days have
elapsed from the entry of Judgment:

NOW, THEREFORE, the Court hereby orders the United States
Marshal for this District to proceed forthwith and to sell at
public auction to the highest bidder, the property referred to in
said judgment and described herein below in the manner and form
provided in said judgment and as herein further provided:

United States v. Romualdo Castro-Garcia
Civil No. 96-2404(JAF)
Page 2

> URBANA: Solar marcado con el número veintitres del bloque "C" en el Plano de Inscripción de la Urbanización Ext. San Ramón, situada en el barrio Pueblo del Municipio de Hatillo, Puerto Rico, con una cabida superficial de TRESCIENTOS SEIS PUNTO DOS CINCO METROS CUADRADOS (306.25 m.c.) y el lindes: por el Norte, en veinticuatro punto cinco cero metros con el solar número veintidos del bloque "C"; por el Sur, en veinticuatro punto cinco cero metros con el solar número veinticuatro del bloque "C"; por el Este, en doce punto cinco cero metros con la Calle Número Once y por el Oeste en doce punto cinco cero metros con el solar número dos del bloque "C".
>
> Enclava una estructura dedicada a vivienda constituida de hormigón armado y bloques de hormigón.

Plaintiff's mortgage for the amount of $27,620.00 was recorded at page 35, volume 178 of Hatillo, property number 9,328 2nd Inscription, at the Registry of the Property of Arecibo II, Puerto Rico.

Plaintiff's mortgage for the amount of $10,000.00 was recorded at page 36$^{rs}$, volume 178 of Hatillo, property number 9,328 3rd Inscription, at the Registry of the Property of Arecibo II, Puerto Rico.

a)   Said public sale shall be had at the office of the Marshal for Superior Court of Puerto Rico, Arecibo Part, in accordance with 28 U.S.C. 2001.

b)   Notice of Sale shall be published once a week for at least four (4) weeks prior to the sale in at least one newspaper of general circulation in accordance with 28 U.S.C. 2002.

c)   The amount of $27,620.00 for the first mortgage and $10,000.00 for the second mortgage shall serve as the minimum bid for the first public sale.   Should the first public sale fail to procure an award or adjudication, two-thirds of the aforementioned amount shall serve as the minimum bid for the second sale.   Should there be no award or adjudication at the second public sale, the basis for the third sale shall be one-half of the amount specified as the minimum bid for the first public sale.   Should there be no

United States v. Romualdo Castro-Garcia
Civil No. 96-2404(JAF)
Page 3

award or adjudication in this public sale the same may be awarded
to the creditor for the entire amount of the debt if this is equal
to or less than the amount of the minimum bid of the third auction,
and crediting this amount to the amount owed if it is more.

d)  The United States Marshal shall not accept in payment
of the property to be sold anything but United States currency or
certified checks in his name, except in case the property is sold
and adjudicated to the plaintiff, in which case the amount of the
bid made by said plaintiff shall be credited and deducted from its
credit; said plaintiff being bound to pay in cash or certified
check only any excess of its bid over the secured indebtedness when
remaining unsatisfied.

e)  All junior lienholders shall pay in cash or in
certified check the total amount of previous liens, and any sum in
excess of said previous liens shall be credited to their respective
liens.

f)  The United States Marshal may, either personally or
by some person designated by him to act in his name and his
authority, adjourn the sale from time to time, without further
publication, but only by order of this Court.

g)  Upon the confirmation of said sale by this Court the
United States Marshal shall execute and deliver a deed of
conveyance of the property sold to the purchaser thereof.

h)  The purchaser shall be entitled to the delivery of
the property sold and its physical possession and the United States
Marshal may deliver said possession through the eviction of the
occupant of the property without the need of any further order, in
accordance with law.

i)  The Property Registrar of the corresponding Property
Registry of Puerto Rico shall proceed to the recording of the
judicial sale deed in favor of the purchaser, free of any liens
subsequent to the date of the execution of the foreclosed mortgage.

SO ORDERED in San Juan, Puerto Rico, this 13th day of _____
November____, 2001.

S/ José Antonio Fusté
JOSE ANTONIO FUSTE
UNITED STATES DISTRICT JUDGE

United States v. Romualdo Castro-Garcia
Civil No. 96-2404(JAF)
Page 4

THEREFORE, you as said Marshal of the United States District Court for the District of Puerto Rico are hereby ordered to proceed by virtue of this Writ of Execution and in compliance with the order copied above, according to law, in order to execute the judgment entered in this case against the defendant.

In San Juan, Puerto Rico, this    day of        , 2005.

FRANCES RIOS DE MORAN, Clerk
United States District Court
For The District of Puerto Rico


By: _____
        Deputy Clerk