UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br> (Rural Development)<br>    Plaintiff<br><br>       v.<br><br>ROMUALDO CASTRO GARCIA, CRUZ MARIA<br>NIEVES DEL RIO, and the conjugal<br>partnership constituted by both<br>    DefendantS | CIVIL NO. 96-2404(JAF)<br><br>FORECLOSURE OF MORTGAGE |

MOTION REQUESTING ADMINISTRATIVE CLOSING

TO THE HONORABLE COURT:

COMES NOW plaintiff, United States of America, through its undersigned attorneys, and alleges and prays as follows:

1.    That plaintiff was in the process of continuing with the execution of the judgment in the present case and on January 28, 2005 a Motion to Continue with Foreclosure was filed.

2.    That today, we have been informed by the agency that defendant's account has been reinstated by the agency reinstatement procedures.

3.    At present, plaintiff will not take any further action in prosecuting the execution of its judgment.

WHEREFORE, the United States of America respectfully requests this Honorable Court to take notice of the above and close the file for administrative purposes.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this    day of February, 2005.

H.S. GARCIA
United States Attorney


S/AGNES I. CORDERO
AGNES I. CORDERO
U.S.D.C. No. 126101
Assistant U.S. Attorney
Torre Chardón, Suite 1201
350 Carlos Chardón Street
San Juan, Puerto Rico   00918
Tel. (787) 766-5656
Fax (787) 766-6219
Agnes.cordero@usdoj.gov